FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01628-MSK-MJW

JOSEPH M. FLOREZ, IV,

    Plaintiff,

v.

LT. MICK McCORMAC, Intel Investigator, Buena Vista correctional Facility, and
C.O. TIMOTHY EDMONDS, Corrections Officer, Buena Vista correctional Facility,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 22nd day of September, 2010.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01628-MSK-MJW

Joseph M. Florez, IV
Doc No. 129849
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215

Lt. Mick McCormac and C.O. Timothy Edmonds- **WAIVER***
c/o Keith Nordl
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Keith Nordl for service on Lt. Mick McCormac and C.O. Timothy Edmonds: AMENDED COMPLAINT FILED 08/30/10, ORDER TO DRAW and DISMISS FILED 09/16/10, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 9/23/10.

                GREGORY C. LANGHAM, CLERK

                By: _____
                        Deputy Clerk