IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01628-MSK-MJW

JOSEPH M. FLOREZ, IV,

Plaintiff,

v.

LT. MICK McCORMAC, Intel Investigator, Buena Vista Correctional Facility,  and
C.O. TIMOTHY EDMONDS, Corrections Officer, Buena Vista Correctional Facility,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion Requesting Court to Enter Order Requiring the Defendants to Reply to the Plaintiff's Complaint (Docket No. 31) is denied. Defendants McCormac and Edmonds waived service of a summons on September 27, 2010, and thus they have up to and including November 26, 2010, to answer or otherwise respond to the Amended Prisoner Complaint.  (See Docket No. 21).

Date: November 3, 2010