IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01628-MSK-MJW

JOSEPH M. FLOREZ, IV,

Plaintiff(s),

v.

LT. MICK McCORMAC, Intel Investigator, Buena Vista Correctional Facility, and
C.O. TIMOTHY EDMONDS, Corrections Officer, Buena Vista Correctional Facility,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten Motion Requesting this Honorable Court Order Defendants to Serve Plaintiff with a Copy of Their "Reply to Response" Dated 12-27-10 (docket no. 54) is GRANTED.

The court notes that the certificate of mailing does show that a copy of the Reply to Response dated 12-27-10 (docket no. 42) was mailed to the Pro Se Incarcerated Plaintiff Joseph Florez #129849, on the 28th day of December 2010, addressed to the Colorado State Penitentiary F-2, P.O. Box. 777, Canon City, Colorado 81215. See docket no. 42. It appears that the Pro Se Incarcerated Plaintiff for some reason may not have received the same.

Accordingly, it is FURTHER ORDERED that the Defendants shall re-mail their Reply to Response dated 12-27-10 (docket no. 42) to the Pro Se Incarcerated Plaintiff within five (5) days from the date of this minute order. The court further notes that the mailing address that the Pro Se Incarcerated Plaintiff lists is the same as above except it should read Colorado State Penitentiary **D-7-17** and not Colorado State Penitentiary **F-2.** See address listed on page two for the Pro Se Incarcerated Plaintiff (docket no. 54).

Date: March 16, 2011