IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01628-MSK-MJW

JOSEPH M. FLOREZ, IV,

Plaintiff(s),

v.

LT. MICK McCORMAC, Intel Investigator, Buena Vista Correctional Facility,  and
C.O. TIMOTHY EDMONDS, Corrections Officer, Buena Vista Correctional Facility,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion Requesting Court to Move Forward with Case (Docket No. 68) is granted to the extent that the pending motion to dismiss will be ruled on by Judge Krieger in due course.

Date:   July 13, 2011